No. 2024-1606

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

———————————

SUPERNUS PHARMACEUTICALS, INC.,

*Plaintiff-Appellee*,

v.

AJANTA PHARMA LIMITED, AJANTA PHARMA USA INC.,

*Defendants*

TORRENT PHARMA INC., TORRENT PHARMACEUTICALS LTD.,

*Defendants-Appellants.*

———————————

Appeals from the United States District Court for the District of New Jersey in
Case Nos. 21-cv-6964, 21-cv-14268,
Judge Georgette Castner.

———————————

## NOTICE OF CORRECTION

———————————

A. Neal Seth
Wesley E. Weeks
Wiley Rein LLP
2050 M Street, NW
Washington, DC 20036
(202) 719-7000
nseth@wiley.law

*Attorneys for Defendants-Appellants*
*Torrent Pharmaceuticals Ltd. and*
*Torrent Pharma Inc.*

Defendants-Appellants Torrent Pharmaceuticals Ltd. and Torrent Pharma

Inc. (collectively "Torrent") give notice of the following corrections in Torrent's

Corrected Brief:

| Page | Correction |
|---|---|
| Cover Page | caption corrected to official case caption |
| Pag i | "Exemplaray" corrected to "Exemplary" |
| Page 5 | "that" corrected to "than" |
| Page 6 | "skilled" corrected to "skill" |
| Page 10 | "Appx5969" corrected to "Appx5969 (emphasis added)" |
| Page 12 | Period moved to inside the quotation marks: "stand[s] rejected for failing to comply with the written description requirement" — "[i]n particular, . . . that the specification fails to adequately describe . . . [the] 'release controlling coating.'" |
| Page 15 | period added at the end of sentence:  ". . . here, the vinyl polymer, polyvinyl acetate." |
| Page 15 | "offer" corrected to "offered" |
| Page 22 | "for lack written description" corrected to "for lack of written description" |
| Page 26 | "the amendment was made in the" corrected to "the amendment was made" |
| Page 28 | end quotation marks added: "inventors therefore amended the claims to make clear that the carrier fluid and the microchannel wall should be chemically distinct." *Id.* at 1365 (emphasis added). |
| Page 29 | semicolon added: "*see also Ajinomoto Co. v. ITC*, 932 F.3d 1342, 1353-56 (Fed. Cir. 2019);" |
| Page 30 | "the amendment was made in the" corrected to "the amendment was made" |
| Page 32 | "anitfolate" corrected to "antifolate" |
| Page 34 | closing parenthesis and period added to citation: "*See Multilayer Stretch Cling Film Holdings, Inc. v. Berry Plastics Corp.*, 831 F.3d 1350, 1358 (Fed. Cir. 2016)." |
| Page 36 | period added at the end of sentence: ". . . this Court should reverse the district court's judgment regarding infringement under the doctrine of equivalents." |
| Page 36 | closing quote marks added at the end of sentence: "provide particularized testimony and linking argument as to the |

| | 'insubstantiality of the differences' between the claimed invention and the accused device or process, or with respect to the function, way, result test." |
|---|---|
| Page 37 | "polymers" corrected to "polymer's" |
| Page 47 | ". . . that the Asserted Claims are be invalid for lack of enablement." corrected to ". . . that the Asserted Claims are invalid for lack of enablement." |
| Page 47 | "single-bead formulation" corrected to "single-bead formulations" |
| Page 47 | "the Asserted Claim cover" corrected to "the Asserted Claims cover" |
| Page 50 | "Just tea or sugar will dissolve slower in cold water" corrected to "Just as tea or sugar will dissolve slower in cold water" |
| Page 55 | "suggest" corrected to "suggests" |
| Addendum Pages Appx266-267, Appx269 | highlighting removed |

June 6, 2024

Respectfully submitted,

*/s/ A. Neal Seth*
A. Neal Seth
Wesley E. Weeks
Wiley Rein LLP
2050 M Street, NW
Washington, DC 20036
(202) 719-7000

*Attorneys for Defendants-Appellants
Torrent Pharmaceuticals Ltd. and
Torrent Pharma Inc.*